IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON ALMGREN, et al., | No. C 16-2611 CW |
|     Plaintiffs, | ORDER |
|   v. | |
| WILLIAM SHULTZ, et al., | |
|     Defendants. | |

Plaintiffs have filed certificates of service showing that William Shultz was served on May 18, 2016 (Docket No. 8) and that Katherine Shultz was served on May 27, 2016 (Docket No. 13). However, neither William nor Katherine has answered or otherwise responded to Plaintiffs' complaint.

Accordingly, the Court directs Plaintiffs to request entry of default against William and Katherine Shultz.

IT IS SO ORDERED.

Dated: July 18, 2016

CLAUDIA WILKEN
United States District Judge