IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON ALMGREN, et al., | No. C 16-2611 CW |
| Plaintiffs, | |
| v. | ORDER |
| WILLIAM SHULTZ, et al., | |
| Defendants. | |

Plaintiffs' claims against County Defendants were dismissed by stipulation and default was entered against William Shultz. Plaintiffs' claims against Katherine Shultz are state law claims.

Within seven days of the date of this order, Plaintiffs shall file a document of no more than five pages answering the question whether this Court has jurisdiction over Plaintiffs' claims against Defendant Katherine Shultz and, if yes, explaining why.  Defendant may file an opposition seven days later and, if she does, Plaintiffs may file a reply three days after that.

IT IS SO ORDERED.

Dated: August 2, 2016

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON ALMGREN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM SHULTZ, et al.,<br><br>    Defendants. | Case No.  16-cv-02611-CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 2, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Katherine Shultz
5584 Marlin Drive
Discovery Bay, CA 94505


Dated: August 2, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Doug Merry, Deputy Clerk to the
Honorable CLAUDIA WILKEN

2